**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                              NO.  4:08CR00260-002  SWW

CORDRAYL GRAYSON                                                      DEFENDANT

**<u>ORDER</u>**

The above entitled cause came on for hearing January 31, 2017 on government's superseding petition to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  Based upon the admissions of the defendant and statements on the record, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE  ORDERED  AND ADJUDGED that the government's superseding motion to revoke  [doc #92]  is ***granted*** and the supervised  release  previously granted this defendant is hereby ***revoked***.

IT IS FURTHER  ORDERED that defendant shall serve a term of imprisonment of ***NINE (9) MONTHS*** in the custody of the Bureau of Prisons to be served consecutively to any undischarged term of imprisonment.  The Court recommends that defendant be incarcerated in Forrest City, Arkansas or as close to central Arkansas as possible to be close to family; and that defendant participate in residential substance abuse treatment during incarceration.

There will be ***NO*** term of supervised release following the term of incarceration.

The defendant is to report to the U. S. Marshal Service on Monday, March 6, 2017 by noon to be transported to designated facility for service of the sentence imposed.

DATED this 1st day of February, 2017.

/s/Susan Webber Wright
United States District Judge